# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| EDWARD E. STEWART, III, | : No. 87 EM 2015 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Application for Leave to File Original Process, Petition for Writ of Habeas Corpus, and Application for an Immediate Hearing are **DISMISSED**. *See Commonwealth v. Ellis*, 1626 A.2d 1137 (Pa. 1993) (holding that hybrid representation is impermissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.